UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

LANCE GARDENHIRE, on behalf of himself and
all others similarly situated,

                  Plaintiffs,

v.

W.S. BADCOCK CORPORATION,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**Case No.: 3:20-cv-137**

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Lance Gardenhire and Defendant W.S. Badcock Corporation, by and through their undersigned counsel, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** March 26, 2020

| For Plaintiff Lance Gardenhire | For Defendant W.S. Badcock Corporation |
|---|---|
| */s/ Justin Zeig*<br>Justin Zeig, Esq.<br>Zeig Law Firm, LLC<br>3475 Sheridan Street, Ste 310<br>Hollywood, FL 33021<br>justin@zeiglaw.com | */s/ John Eamon Johnson*<br>John Eamon Johnson<br>Johnson & Cassidy, P.A.<br>324 S Hyde Park Ave ste 325<br>Tampa, FL 33606<br>jjohnson@jclaw.com |

## CERTIFICATE OF SERVICE

I certify that on March 26, 2020, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              */s/ Justin Zeig*
                                              Justin Zeig
                                              Zeig Law Firm, LLC
                                              3475 Sheridan Street, Ste 310
                                              Hollywood, FL 33021
                                              justin@zeiglaw.com
                                              *Attorneys for Plaintiff*